# United States Court of Appeals
## For the First Circuit

---

No. 04-1258

UNITED STATES,

Appellee,

v.

CARLOS M. ESCOBAR-FIGUEROA,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on July 7, 2006 is amended as follows:

Page 2, note 5, in line 2:  Insert ", who was not his counsel at trial," after "counsel"

Page 2, in line 9:  Replace "departing" with "adjusting"

Page 9, in line 15:  Replace "point" with "level"

Page 18, in line 2:  Delete "departure"

Page 18, in line 18:  Replace "points" with "levels"

Page 18, in line 24:  Replace "point" with "level"

Page 24, in line 16:  Replace "points" with "levels"